UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LEE FARRIS,

    Petitioner,                                    Civil No. 2:19-CV-10265
                                                        HONORABLE SEAN F. COX
v.                                                          UNITED STATES DISTRICT JUDGE

WILLIS CHAPMAN,

    Respondent.
_____/

**OPINION AND ORDER DIRECTING THE CLERK OF THE COURT TO TRANSFER THE MOTION FOR A CERTIFICATE OF APPEALABILITY (ECF No. 17) TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254, challenging his state court convictions. The Court denied the petition for a writ of habeas corpus with prejudice. The Court also denied petitioner a certificate of appealability and leave to appeal *in forma pauperis. Farris v. Chapman*, No. 2:19-CV-10265, 2020 WL 1550917 (E.D. Mich. Apr. 1, 2020).

Petitioner filed a Notice of Appeal. (ECF No. 16). Petitioner has also filed a motion for a certificate of appealability (ECF No. 17). The heading on the motion says "United States Court of Appeals."

The proper procedure when a district court denies a certificate of appealability is for the petitioner to file a motion for a certificate of appealability before the appellate court in the appeal from the judgment denying the petition for a writ of habeas corpus or the motion to vacate sentence. *See Sims v. U.S.*, 244 F.3d 509 (6th Cir. 2001)(citing Fed. R. App. P. 22(b)(1)). Petitioner should direct his request for a certificate of appealability to the Sixth Circuit. Petitioner, in fact, lists the Court of Appeals on the heading of his motion. The Court, in the interests of justice, will order

1

2

that petitioner's motion for a certificate of appealability to be transferred to the United States Court of Appeals for the Sixth Circuit.

**IT IS HEREBY ORDERED** that:

The Clerk of the Court is **ORDERED** to transfer the "Motion for a Certificate of Appealability" (ECF No. 17) to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

                                              s/Sean F. Cox
                                              **HONORABLE SEAN F. COX**
**Dated: May 19, 2020**               **UNITED STATES DISTRICT JUDGE**